

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ashlle Marie Sanchez,    * From the 132nd District Court
                          of Scurry County,
                          Trial Court No. 10264.

Vs. No. 11-16-00041-CR    * October 13, 2016

The State of Texas,       * Per Curiam Memorandum Opinion
                           (Panel consists of: Wright, C.J.,
                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.